James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | x : : : : : : : : x | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | | Case No. 23-10367 (MG) |
| Debtor. | | |

**NOTICE OF COMMENCEMENT OF CHAPTER 11**
**CASE AND FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that on March 17, 2023 (the "Petition Date"), SVB Financial Group, as debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor continues to operate its businesses and manage its properties as a debtor and debtor-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The last four digits of SVB Financial Group's tax identification number is 2278. The Debtor's corporate headquarter is located at 387 Park Avenue South, New York, NY 10016.

**PLEASE TAKE FURTHER NOTICE** that the Debtor anticipates filing certain first day motions and related pleadings (collectively, the "First Day Pleadings") and the court has scheduled a hearing to consider such First Day Pleadings (the "First Day Hearing").

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing has been scheduled for **March 21, 2023 at 3:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the First Day Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the First Day Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the First Day Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **3:00 p.m., prevailing Eastern Time, the business day before the hearing (i.e., on Monday, March 20, 2023)**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the First Day Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the First Day Hearing remotely at 3:00 p.m., prevailing Eastern Time on March 21, 2023 must connect to the

First Day Hearing beginning at 2:00 p.m., prevailing Eastern Time on March 21, 2023.  When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the First Day Hearing.  Parties that type in only their first name, a nickname, or initials will not be admitted into the First Day Hearing.  When seeking to connect for either audio or video participation in the First Day Hearing via Zoom for Government, you will first enter a "Waiting Room" in the order in which you seek to connect.  Court personnel will admit each person to the First Day Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and other pleadings for subsequent hearings may be obtained <u>free of charge</u> from the website of the Debtor's proposed claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/SVBFG/.

Dated: March 17, 2023  
New York, New York

/s/ James L. Bromley  
James L. Bromley  
Andrew G. Dietderich  
Christian P. Jensen  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004  
Telephone:    (212) 558-4000  
Facsimile:    (212) 558-3588  
E-mail:        bromleyj@sullcrom.com  
      dietdericha@sullcrom.com  
      jensenc@sullcrom.com

*Proposed Counsel to the Debtor*