**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SVB Financial Group, | Case No. 23-10367 (MG) |
| Debtor. | |

### ORDER SETTING CERTAIN DEADLINES FOR FIRST DAY PLEADINGS

The Court has scheduled a hybrid First Day Hearing[1] in the above captioned case for March 21, 2023, at 3:00 P.M. (prevailing Eastern time) to consider First Day Motions. (*See* Notice of Hearing, ECF Doc. # 3.)

It is hereby **ORDERED** that:

**1.** Any First Day Motions, including the declaration required by Local Rule 1007-2, shall be filed on or before **Sunday, March 19, 2023, at 4:00 P.M**. **(prevailing Eastern time).**

**2.** Any written responses or objections to First Day Motions shall be filed on or before **Monday, March 20, 2023, at 4:00 P.M. (prevailing Eastern time)**.

IT IS SO ORDERED.

Dated: March 17, 2023
New York, New York

/s/ **Martin Glenn**
MARTIN GLENN
Chief United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined shall have the meanings ascribed to them in the *Notice of Commencement of Chapter 11 Case and First Day Hearing* (the "Notice of Hearing," ECF Doc. # 3.)