REED SMITH LLP
Kurt F. Gwynne, Esq.
Casey D. Laffey, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

REED SMITH LLP
Derek J. Baker, Esq.
(*pro hac vice pending*)
1717 Arch Street
Three Logan Square
Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

REED SMITH LLP
Keith M. Aurzada, Esq.
(*pro hac vice pending*)
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
Telephone: (469)-680-4200
Facsimile: (469) 680-4299
E-mail: kaurzada@reedsmith.com

*Counsel to the Federal Deposit Insurance*
*Corporation, as Receiver for Silicon Valley*
*Bank ("FDIC-R")*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

SVB FINANCIAL GROUP,[1]

      Debtor.

---

Chapter 11

Case No. 23-10367 (MG)

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Reed Smith LLP hereby appears in the above-referenced chapter 11 case to represent the Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank (the "FDIC-R"), and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list established in this case:

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

REED SMITH LLP
Kurt F. Gwynne, Esq.
Casey D. Laffey, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

REED SMITH LLP
Derek J. Baker, Esq.
(*pro hac vice pending*)
1717 Arch Street
Three Logan Square
Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

REED SMITH LLP
Keith M. Aurzada, Esq.
(*pro hac vice pending*)
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
Telephone: (469)-680-4200
Facsimile: (469) 680-4299
E-mail: kaurzada@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the FDIC-R's:  (i) right to require the exhaustion of administrative remedies pursuant to 12 U.S.C. § 1821 or otherwise, (ii) right to have final orders in non-core matters entered only after *de novo* review by a district court; (iii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iv) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which the FDIC-R is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 19, 2023
          New York, New York

REED SMITH LLP

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne, Esq.
Casey D. Laffey, Esq.
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

-and-

REED SMITH LLP
Derek J. Baker, Esq. (*pro hac vice pending*)
1717 Arch Street
Three Logan Square, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com


-and-

REED SMITH LLP
Keith M. Aurzada, Esq. (*pro hac vice pending*)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469)-680-4200
Facsimile: (469) 680-4299
E-mail: kaurzada@reedsmith.com

*Counsel to the Federal Deposit Insurance
Corporation, as Receiver for Silicon Valley Bank
("FDIC-R")*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2023, a true and correct copy of the

foregoing was electronically filed with the Clerk of Court using the CMF/ECF.  I also certify that

the foregoing document is being served this day via transmission of Notice of Electronic Filing

generated by CM/ECF on all parties of record.

/s/ *Kurt F. Gwynne*
Kurt F. Gwynne