**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------x

In re:

    SVB FINANCIAL GROUP,

               Debtor.

Case No.: 23-10367 (MG)

Chapter 11

----------------------------------------x

               Plaintiff

v.

               Defendant

Adversary Proceeding No.: _____

----------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

    I, Mark W. Eckard, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank "FDIC-R" in the above-referenced ☒ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Delaware and in the Virgin Islands and, if applicable, the bar of the U.S. District Court for Delaware and the District Court of the Virgin Islands.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 03/19/2023
_____, New York

/s/ Mark W. Eckard

*Mailing Address*:

Reed Smith LLP

1201 North Market Street, Suite 1500

Wilmington, DE 19801

*E-mail address*: meckard@reedsmith.com

*Telephone number*: ( 302 ) 778-7500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
································································x

In re:

  SVB FINANCIAL GROUP,             Case No.: <u>23-10367 (MG)</u>

      Debtor.               Chapter <u>11</u>

································································x

            Plaintiff         Adversary Proceeding No.: _____

      v.

           Defendant

································································x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of <u>Mark W. Eckard</u>, to be admitted, ***pro hac vice***, to represent <u>Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R")</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Delaware and in the Virgin Islands</u> and, if applicable, the bar of the U.S. District Court of Delaware and the District Court of the Virgin Islands, it is hereby

  **ORDERED**, that <u>Mark W. Eckard</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____

                 UNITED STATES BANKRUPTCY JUDGE