James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. |  |

**AGENDA FOR FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PAPERS**

**HEARING**

The first day hearing ("First Day Hearing") will be held on **March 21, 2023 at 3:00 p.m. (prevailing Eastern Time)** in front of the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court").

The First Day Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the First Day Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the First Day Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the First Day Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. by **3:00 p.m., prevailing Eastern Time, the business day before the hearing (i.e., on Monday, March 20, 2023)**. All persons

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

4874-4226-1335 v.1.5

seeking to attend the First Day Hearing remotely at 3:00 p.m., prevailing Eastern Time on March 21, 2023 must connect to the First Day Hearing beginning at 2:00 p.m., prevailing Eastern Time on March 21, 2023.

A copy of each pleading can be viewed (a) for a fee on the Court's website at www.ecf.uscourts.gov and (b) obtained free of charge from the website of the Debtor's proposed claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/SVBFG/.

**PETITION**

1. Voluntary Chapter 11 Petition [D.I. 1]

**DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

2. Declaration of William C. Kosturos in Support of the Debtor's Chapter 11 Petition and First Day Pleadings [D.I. 21]

**MATTERS GOING FORWARD**

**I.    Procedural Motions**

3. Creditor Matrix: Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Maintain a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix and (II) Establishing Procedures for Notifying Parties of Commencement of This Chapter 11 Case [D.I. 15]

   Status:  This matter will be going forward.

4. Schedules Extension: Debtor's Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenses, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (II) Extending Time to File Rule 2015.3 Financial Reports, (III) Waiving Requirements to File the List of Equity Holders and Serve Notice of Commencement on All Equity Holders and (IV) Granting Related Relief [D.I. 16]

   Status:  This matter will be going forward.

5. Claims and Noticing Agent Retention: Debtor's Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [D.I. 17]

   Status:  This matter will be going forward.

**II.    Operational Motions**

6.   Employee Wages and Benefits: Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtor to (A) Pay Prepetition Compensation and Benefits Obligations and (B) Continue Compensation and Benefits Obligations, (II) Authorizing, But Not Directing, Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers and (III) Granting Related Relief [D.I. 18]

   Status:  This matter will be going forward.

7.   Net Operating Losses: Debtor's Motion for Entry of Interim and Final Orders (I) Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in, and Claims Against, the Debtor and (B) Claims of Certain Worthless Equity Deductions and (II) Granting Related Relief [D.I. 19]

   Status:  This matter will be going forward.

8.   Cash Management: Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtor to (A) Continue to Use Its Cash Management System, Including Existing Bank Accounts, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain Existing Business Forms, (II) Authorizing Investment Activities, (III) Temporarily Waiving the Requirements of Section 345(b) and (IV) Granting Related Relief [D.I. 20]

   Status:  This matter will be going forward.

Dated: March 19, 2023  
New York, New York

/s/ *James L. Bromley*  
James L. Bromley  
Andrew G. Dietderich  
Christian P. Jensen  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004  
Telephone:  (212) 558-4000  
Facsimile:   (212) 558-3588  
E-mail:       bromleyj@sullcrom.com  
                   dietdericha@sullcrom.com  
                   jensenc@sullcrom.com

*Proposed Counsel to the Debtor*