Sandeep Qusba
Michael Torkin
William T. Russell, Jr.
Nicholas Baker
David Zylberberg
Ashley Gherlone

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000 Telephone
(212) 455-2502 Facsimile

*Counsel to Silicon Valley Bridge Bank, NA*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY SIMPSON THACHER & BARTLETT LLP ON BEHALF OF SILICON VALLEY BRIDGE BANK, NA

**PLEASE TAKE NOTICE** that Simpson Thacher & Bartlett LLP ("***Simpson Thacher***") hereby appears in the above-captioned chapter 11 case as attorneys for Silicon Valley Bridge Bank, NA ("***Bridge Bank***").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Simpson Thacher requests that all notices given or required to be given in this case, and all papers served or required to be

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

served in this case, be given and served upon the below attorneys for Simpson Thacher at the following address, telephone number, and email addresses set forth below, and further requests to be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

Sandeep Qusba
Michael Torkin
William T. Russell, Jr.
Nicholas Baker
David Zylberberg
Ashley Gherlone

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone:   212-455-2000
Facsimile: 212-455-2502

E-mail: squsba@stblaw.com
E-mail: michael.torkin@stblaw.com
E-mail: wrussell@stblaw.com
E-mail: nbaker@stblaw.com
E-mail: david.zylberberg@stblaw.com
E-mail: ashley.gherlone@stblaw.com

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, all other notices, papers, reports, orders, letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, in each case whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers (this "*Notice*"), nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended nor shall be deemed (a) a consent by the Bridge Bank to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any

case against or otherwise involving the Bridge Bank or its interests in property or (b) to waive the Bridge Bank's rights, including (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge for the United States District Court for the Southern District of New York (the "***District Court***"); (ii) the right to trial by jury so triable in this case or in any case, controversy, or proceeding related thereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (v) the right to an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly hereby reserved.

| | |
|---|---|
| New York, New York<br>Dated: March 19, 2023 | **SIMPSON THACHER & BARTLETT LLP**<br><br>By: */s/ Sandeep Qusba*<br>　　Sandeep Qusba<br>　　Michael Torkin<br>　　William T. Russell, Jr.<br>　　Nicholas Baker<br>　　David Zylberberg<br>　　Ashley Gherlone<br>　　425 Lexington Avenue<br>　　New York, NY 10017<br>　　Tel: (212) 455-2000<br>　　Fax: (212) 455-2502<br><br>*Counsel to Silicon Valley Bridge Bank, NA* |