James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SVB FINANCIAL GROUP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10367 (MG) |

**SUPPLEMENTAL DECLARATION OF WILLIAM C. KOSTUROS IN SUPPORT OF THE DEBTOR'S CHAPTER 11 PETITION AND FIRST DAY PLEADINGS**

William C. Kosturos, being duly sworn, states the following under penalty of perjury:

1. On March 19, 2023, I submitted a declaration in support of the above-captioned debtor's (the "Debtor") chapter 11 petition and first day pleadings [D.I. 21] (the "First Day Declaration"). Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Day Declaration.

2. I am submitting this supplemental declaration (the "Supplemental Declaration") to update certain exhibits filed with the First Day Declaration, revise certain

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

4857-3176-8920 v.3

estimates in the First Day Declaration and provide supplemental information regarding the Debtor's bank accounts and operations in New York.

3. Attached hereto as Exhibit A is a list of the Debtor's bank accounts with balances as of March 16, 2022 (in the case of Bridge Bank accounts, as of the last time the Debtor had access to its account information). At the start of the day on March 16, the bank account described as "SVB Capital Operating Account" held $18,969,270.57. During the course of the day, this entire amount was wired from the account to an unknown account with a transaction description labeled "Per FDIC Instructions". No authorized representative of the Debtor authorized such transfer and no notice was given to Debtor of the transfer. Additional ordinary course transfers into the account during the day left a balance of $185,621.83 at the end of the day on March 16. I understand that the FDIC-R swept additional amounts from the Debtor's accounts at Bridge Bank on March 16 and March 17 but do not have access to the Debtor's account information at Bridge Bank in order to verify that information.

4. Attached hereto as Exhibit B is an updated list of the 30 largest unsecured creditors of the Debtor (excluding insiders), which supersedes and replaces in its entirety Exhibit C to the First Day Declaration.

5. Attached hereto as Exhibit C is an updated estimate of costs payable to Bridge Bank for the 30-day period following the Petition Date, which supersedes and replaces in its entirety Exhibit L to the First Day Declaration.

6. In paragraph 13 of Part II.B of the First Day Declaration, I estimated that the monthly cost of wages and benefits payable for or reimbursable in respect of services performed by employees of the Debtor's foreign subsidiaries is approximately $17,900,000, and that as of the Petition Date, the Debtor owed approximately $8,300,000 in respect of such

amounts. Based on further review of available information, I am revising those estimates to $8,960,000 and $4,140,000 respectively. Additionally, I believe based on the information available that the substantial majority of the costs of these employees of the Debtor's foreign subsidiaries are related to services performed for Bridge Bank and are therefore not reimbursable by the Debtor. However, since the Debtor is unable to access any accounting of such services by these employees, the Debtor is requesting authorization but not direction to pay up to the full estimated prepetition amount out of an abundance of caution. The Debtor will only reimburse Bridge Bank for the costs of services actually performed for the Debtor.

7. In paragraph 17 of the First Day Declaration, I estimated that the accrued amount owed with respect to certain categories of Benefits Programs payable in respect of individuals employed at foreign subsidiaries of the Debtor and individuals employed by Bridge Bank who perform services for SVB Capital was approximately $4,500,000. Based on further review of available information, I am revising that estimate to $2,530,000. Additionally, I estimated that the amount paid in connection with those select categories of Benefits Programs in respect of individuals employed by foreign subsidiaries of the Debtor was approximately $4,100,000. Based on further review of available information, I am revising that estimate to $2,030,000.

8. In paragraph 18 of the First Day Declaration, I estimated that the Debtor's monthly payments on account of the 401(k) Plan Contributions averaged approximately $900,000 and that the amount outstanding in respect of payments on account of the 401(k) Plan was $450,000. Based on further review of available information, I am revising those estimates to $400,000 and $200,000 respectively.

9. As set forth in Exhibit H to the First Day Declaration, the Debtor maintains an office in New York at 387 Park Avenue South (the "Park Avenue Office"). Historically, the Debtor's Park Avenue Office served as a hub for operations of a number of the Debtor's businesses, including SVB Capital, one of the Debtor's two primary business lines. Key personnel performing services for the Debtor work out of the Park Avenue Office, including previous members of the Debtor's executive management. After the severing of Silicon Valley Bank from the Debtor, and FDIC-R takeover of the Debtor's leased premises in Santa Clara, California that served as Silicon Valley Bank's headquarters, I consider New York to be the principal place of business of the Debtor's remaining operations.

10. In addition to the Debtor's operations in the Park Avenue Office, one of the Debtor's indirect subsidiaries, MoffattNathanson, a New York-based technology equity research firm, maintains its office at 1325 Avenue of the Americas, New York, NY 10019.

11. MoffattNathanson's parent company, and the Debtor's direct subsidiary, SVB Securities, also maintains a New York office at 1301 Avenue of the Americas, New York, NY 10019. Approximately 261 employees work out of the SVB Securities offices in New York.

12. As shown on Exhibit A, nearly half of the Debtor's accessible liquid assets (given the FDIC-R's assertion of a right to withhold the Debtor's funds held with Bridge Bank) are held with Bank of New York Mellon in New York.

13. The indentures and notes governing the entirety of the Debtor's aggregate funded indebtedness – approximately $3.37 billion worth – are all governed by New York law.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: March 21, 2023<br>New York, NY | Respectfully submitted,<br><br>*/s/ William C. Kosturos*<br>William C. Kosturos<br>Chief Restructuring Officer |

**Exhibit A**

Bank Account Balances as of March 16, 2023

| No. | Bank | Description | Account No.[1] | Balance |
|---|---|---|---|---|
| 1. | Bridge Bank | Operating Account | *5270 | $1,786,169,248 |
| 2. | Bridge Bank | Regulation W Account | *0822 | $143,593,718 |
| 3. | Bridge Bank | SVB Capital Operating Account | *6176 | $185,622 |
| 4. | Bank of New York Mellon | Treasuries Investment Account | *4250 | $92,773,438 |
| 5. | Bank of New York Mellon | Regulation W Account | *4252 | $0 |
| 6. | Citizens Bank, N.A. | Operating Account | *0664 | $93,250,000 |
| 7. | Keybank, N.A. | Operating Account | *2299 | $0 |

---

[1] The last 4 digits of each Bank Account are listed.

**Exhibit B**

List of 30 Largest Unsecured Creditors (Excluding Insiders)

Pursuant to Local Rule 1007-2(a)(4), to the best of the Debtor's knowledge and belief, the following table sets forth the information of each of the holders of the Debtor's 30 largest unsecured claims, excluding claims of insiders.

*Listed claim values reflect outstanding principal value at December 31, 2022.

| | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|---|---|---|---|---|---|
| 1 | U.S. Bank National Association<br>ATTN: Corporate Trust Department (SVB Financial Group)<br>C/O John R. Ashmead, SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>USA | Corporate Trust Department (SVB Financial Group)<br>C/O John R. Ashmead, SEWARD & KISSEL LLP<br>EMAIL - : ashmead@sewkis.com<br>PHONE - (212) 574-1366<br>FAX - | 650,000,000 1.800% Senior Notes due 2026 | | $650,000,000* |
| 2 | U.S. Bank National Association<br>ATTN: Corporate Trust Department (SVB Financial Group)<br>C/O John R. Ashmead, SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>USA | Corporate Trust Department (SVB Financial Group)<br>C/O John R. Ashmead, SEWARD & KISSEL LLP<br>EMAIL - : ashmead@sewkis.com<br>PHONE - (212) 574-1366<br>FAX - | 500,000,000 2.100% Senior Notes due 2028 | | $500,000,000* |
| 3 | U.S. Bank National Association<br>ATTN: Corporate Trust Department (SVB Financial Group)<br>C/O John R. Ashmead, SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>USA | Corporate Trust Department (SVB Financial Group)<br>C/O John R. Ashmead, SEWARD & KISSEL LLP<br>EMAIL - : ashmead@sewkis.com<br>PHONE - (212) 574-1366<br>FAX - | 500,000,000 3.125% Senior Notes due 2030 | | $500,000,000* |

4857-3176-8920 v.3

| | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|---|---|---|---|---|---|
| 4 | U.S. Bank National Association ATTN: Corporate Trust Department (SVB Financial Group) C/O John R. Ashmead, SEWARD & KISSEL LLP One Battery Park Plaza New York, NY 10004 USA | Corporate Trust Department (SVB Financial Group) C/O John R. Ashmead, SEWARD & KISSEL LLP EMAIL - : ashmead@sewkis.com PHONE - (212) 574-1366 FAX - | 500,000,000 1.800% Senior Notes due 2031 | | $500,000,000* |
| 5 | U.S. Bank National Association ATTN: Corporate Trust Department (SVB Financial Group) C/O John R. Ashmead, SEWARD & KISSEL LLP One Battery Park Plaza New York, NY 10004 USA | Corporate Trust Department (SVB Financial Group) C/O John R. Ashmead, SEWARD & KISSEL LLP EMAIL - : ashmead@sewkis.com PHONE - (212) 574-1366 FAX - | 450,000,000 4.570% Senior Notes due 2033 | | $450,000,000* |
| 6 | U.S. Bank National Association ATTN: Corporate Trust Department (SVB Financial Group) C/O John R. Ashmead, SEWARD & KISSEL LLP One Battery Park Plaza New York, NY 10004 USA | Corporate Trust Department (SVB Financial Group) C/O John R. Ashmead, SEWARD & KISSEL LLP EMAIL - : ashmead@sewkis.com PHONE - (212) 574-1366 FAX - | 350,000,000 3.50% Senior Notes due 2025 | | $350,000,000* |
| 7 | U.S. Bank National AssociationATTN: Corporate Trust Department (SVB Financial Group)C/O John R. Ashmead, SEWARD & KISSEL LLP One Battery Park PlazaNew York, NY 10004USA | Corporate Trust Department (SVB Financial Group)C/O John R. Ashmead, SEWARD & KISSEL LLP EMAIL - : ashmead@sewkis.comPHONE - (212) 574-1366FAX - | $350,000,000 4.345% Senior Notes due 2028 | | $50,000,000* |
| 8 | U.S. Bank National Association ATTN: George Hogan, Corporate Trust Services Division 1 Federal Street 10th Floor | George Hogan, Corporate Trust Services Division EMAIL - george.hogan@usbank.com PHONE - (404) 898-8832 FAX - | $105,000,000 Junior Subordinated Convertible Debentures due 2034 | | UNDETERMINED |

| | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|---|---|---|---|---|---|
| | Boston, MA  02110<br>USA | | | | |
| 9 | Wilmington Trust Company<br>ATTN: Corporate Capital Markets<br>Rodney Square North<br>1100 North Market StreetWilmington, DE  19890<br>USA | Corporate Capital Markets<br>EMAIL - rritrovato@wilmingtontrust.com<br>PHONE - 302-636-5137<br>FAX - 302-636-4145 | $103,093,000 Fixed/Floating Rate Junior Subordinated Debt Securities due 2035 | | UNDETERMINED |
| 10 | Silicon Valley Bridge Bank, N.A.<br>ATTN: Tim Mayopoulos<br>CEO<br>3003 Tasman Dr.<br>Santa Clara, CA  95054<br>USA | Tim Mayopoulos<br>EMAIL - tmayopoulos@svb.com<br>PHONE - 408-654-7400<br>FAX - | Reimbursement obligations for services under Master Intercompany Services Agreement | Contingent, Unliquidated | UNDETERMINED |
| 11 | United Healthcare<br>ATTN: Brian Thompson (Chief Executive Officer), Thad Johnson (Chief Legal Officer)<br>9900 Bren Rd.<br>Minnetonka, MN  55343<br>USA | Brian Thompson (Chief Executive Officer), Thad Johnson (Chief Legal Officer)<br>EMAIL - Brian.Thompson@uhc.com; Thad.Johnson@uhc.com<br>PHONE - 952-936-1300<br>FAX - | Employee Health and Welfare benefits related to comprehensive medical plans. | | UNDETERMINED |
| 12 | BA2 QUAD LLC, c/o TMG Partners<br>ATTN: Matt Field (President), Scott C. Verges (General Counsel, Executive Vice President)<br>100 Bush Street, Ste 2600<br>San Francisco, CA  94104<br>USA | Matt Field (President), Scott C. Verges (General Counsel, Executive Vice President)<br>EMAIL - mfield@tmgpartners.com; sverges@tmgpartners.com<br>PHONE - 415-772-5900<br>FAX - 415-772-5911 | Real Estate Lease Obligations | | UNDETERMINED |
| 13 | MUFG FUND SERVICES (CAYMAN) LIMITED<br>ATTN: Counsel<br>MUFG House<br>227 Elgin Avenue<br>GEORGE TOWN | Counsel<br>EMAIL - contact@mfsadmin.com<br>PHONE - +1 345 914 1000<br>FAX - | Contract obligations | | UNDETERMINED |

|    | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|----|---|---|---|---|---|
|    | Grand Cayman,   KY1-1107<br>Cayman Islands |  |  |  |  |
| 14 | alterDomus<br>ATTN: Andrew Cherry<br>Chief Financial Officer<br>15 Boulevard F. W. Raiffeisen<br>L-2411 Luxembourg<br>Grand Duchy of Luxembourg, | Andrew Cherry, Chief Financial Officer<br>EMAIL - Andrew.cherry@alterdomus.com<br>PHONE - +352 48 18 28 1<br>FAX - +352 48 18 63 | Trade Payable |  | UNDETERMINED |
| 15 | Ernst & Young U.S. LLP<br>ATTN: Michael S. Solender<br>Global Vice Chair and General Counsel<br>1 Manhattan W<br>401 9TH Ave<br>New York, NY  10001<br>USA | Michael S. Solender<br>EMAIL - Michael.solender@ey.com<br>PHONE -  (212) 773-3000<br>FAX - 212-773-6350 | Trade Payable |  | UNDETERMINED |
| 16 | TATA CONSULTANCY SERVICES LIMITED<br>ATTN: Rajesh Gopinathan<br>Chief Executive Officer & Managing Director<br>TCS House, Raveline Street<br>FortMumbai,   40000<br>1India | Rajesh Gopinathan<br>EMAIL - S.SUGANYA19@TCS.COM<br>PHONE - 91 22 6778 9999<br>FAX - 91-022-2820947; 91-022-2040711 | Trade Payable |  | $8,000,755 |
| 17 | WORLD WIDE TECHNOLOGY INC<br>ATTN: Erika Schenk<br>General Counsel & Executive VP, Corporate Compliance<br>1 World Wide Way<br>Maryland Heights, MO  63146<br>USA | Erika Schenk<br>EMAIL - contracts@riverbed.com; erika.schenk@wwt.com<br>PHONE - 314-569-7000<br>FAX - 314-569-7000 | Trade Payable |  | $5,212,951 |
| 18 | BRILLIO LLC<br>ATTN: Raj Mamodia<br>Chief Executive Officer<br>399 Thornall Street | Raj Mamodia<br>EMAIL - billing@brillio.com; raj.mamodia@brillio.com<br>PHONE - 800-317-0575<br>FAX - | Trade Payable |  | $2,456,830 |

|  | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|---|---|---|---|---|---|
|  | Edison, NJ  08837<br>USA |  |  |  |  |
| 19 | COUPA SOFTWARE INC<br>ATTN: Ralitza Minchev<br>Customer Value Director<br>1855 S. Grant Street<br>San Mateo, CA  94402<br>USA | Ralitza Minchev<br>EMAIL - ralitza.minchev@coupa.com<br>PHONE - 650-931-3200<br>FAX - 650-230-7126 | Trade Payable |  | $2,413,970 |
| 20 | MCKINSEY AND COMPANY INC UNITED STATES<br>ATTN: Robert Byrne<br>Senior Partner<br>555 California Street<br>Suite 4700<br>San Francisco, CA  94104<br>USA | Robert Byrne<br>EMAIL - Robert_Byrne@mckinsey.com<br>PHONE - 415-981-0250<br>FAX - 415-318-5200 | Trade Payable |  | $2,397,491 |
| 21 | CAPCO<br>ATTN: Jevan Phillips<br>General Counsel, Americas<br>77 Water Street<br>10th Floor<br>New York, NY  10005<br>USA | Jevan Phillips<br>EMAIL - prakash.siddappa@capco.com;<br>jevan.phillips@capco.com<br>PHONE - 212-284-8600<br>FAX - | Trade Payable |  | $1,757,105 |
| 22 | UST GLOBAL INC<br>ATTN: Catherine Gardner<br>Global Head of Legal Services<br>5 Polaris Way<br>Aliso Viejo, CA  92656<br>USA | Catherine Gardner<br>EMAIL - invoicing@ust-global.com<br>PHONE - 949-716-8757<br>FAX - 949-716-8396 | Trade Payable |  | $1,585,124 |
| 23 | AMAZON WEB SERVICES INC<br>ATTN: AWS Legal<br>410 Terry Avenue North<br>Seattle, WA  98109-5210USA | AWS Legal<br>EMAIL - phdunca@amazon.com<br>PHONE –<br>FAX - | Trade Payable |  | $1,579,397 |
| 24 | IT AVALON<br>ATTN: John Zink | John Zink<br>EMAIL - john@itavalon.com | Trade Payable |  | $1,276,307 |

| | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|---|---|---|---|---|---|
| | President<br>9433 Double Diamond Parkway<br>Reno, NV  89521<br>USA | PHONE - 925-626-7138<br>FAX - 925-999-1088 | | | |
| 25 | PROTIVITI INC<br>ATTN: Todd Pleune<br>Managing Director<br>888 7th Ave 13th Floor<br>New York, NY  10106<br>USA | Todd Pleune<br>EMAIL - todd.pleune@protiviti.com<br>PHONE - 212-603-8300<br>FAX - 212-399-0641 | Trade Payable | | $995,816 |
| 26 | MOODYS ANALYTICS INC<br>ATTN: Anna Labowicz<br>Director - Sales and Customer Service<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY  10007<br>USA | Anna Labowicz<br>EMAIL - anna.labowicz@moodys.com<br>PHONE - 212-553-0300<br>FAX - 212-298-6442 | Trade Payable | | $962,370 |
| 27 | BLACKROCK FINANCIAL MANAGEMENT INC<br>ATTN: James Galante<br>Director - Corporate Strategy<br>50 Hudson Yards<br>New York, NY  10001<br>USA | James Galante<br>EMAIL - james.galante@blackrock.com<br>PHONE - 212-510-5800<br>FAX - | Trade Payable | | $815,035 |
| 28 | COLUMBIA CONSTRUCTION COMPANY<br>ATTN: Alyssa Bernier<br>Senior Project Accountant<br>100 Riverpark Drive<br>North Reading, MA  01864-0220<br>USA | Alyssa Bernier<br>EMAIL - ABERNIER@COLUMBIACC.COM<br>PHONE - 978-664-9500<br>FAX - 978-664-8548 | Trade Payable | | $759,555 |
| 29 | ACCENTURE LLP<br>ATTN: Martin E. Farall<br>Project Control Service Senior Analyst<br>1 Grand Canal Square | Martin E. Farall<br>EMAIL - MARTIN.E.FARALL@ACCENTURE.COM | Trade Payable | | $709,997 |

|    | Name of creditor and complete mailing address | Name, telephone number, and email address of creditor contact | Nature of the claim (e.g., trade debts, bank, loan, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim as of the Petition Date |
|---|---|---|---|---|---|
|    | Dublin,  D02 P820<br>Ireland | PHONE - 353-1646-2000<br>FAX - 353-1646-2020 | | | |
| 30 | ASB INFOTECH LLC<br>ATTN: President or General Counsel<br>21640 N. 19 Ave<br>Suite C-10<br>Phoenix, AZ  85027<br>USA | President or General Counsel<br>EMAIL - PAYROLL@ASBINFOTECH.COM<br>PHONE - 602-702-6828<br>FAX - | Trade Payable | | $651,014 |

# Exhibit C

Pursuant to Local Rule 1007-2(b)(1)-(2)(A) and (C), the following provides (i) the estimated amount of weekly payroll to the Debtor's Employees (not including officers, directors and stockholders), (ii) the estimated amount to be paid to officers, stockholders, directors, (iii) the estimated amount to be paid to financial and business consultants retained by the Debtor and (iv) the estimated cost payable to Bridge Bank for the 30-day period following the Petition Date.

| Payee | Payment |
|---|---|
| Employees | $0 |
| Officers, Directors and Stockholders | $0 |
| Financial and Business Consultants | $1,000,000 |
| Bridge Bank | $7,800,000 |
| Bridge Bank Employees Performing Services for SVB Capital | $3,000,000 |
| Non-Debtor Foreign Subsidiary Employees | $13,350,000 |

4857-3176-8920 v.3