AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
Brad M. Kahn
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

James R. Savin
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors of SVB Financial Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of SVB Financial Group (the "Committee"), by and through its proposed counsel, Akin Gump Strauss Hauer & Feld LLP, hereby appears in the above-captioned case pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

of all notices and pleadings given, required to be given or filed in the above-captioned case be given and served upon:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Ira S. Dizengoff
Brad M. Kahn
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
bkahn@akingump.com

*and*

James R. Savin
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: jsavin@akingump.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee: (1) to have final orders in noncore matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court");

(2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions or defenses to which the Committee is or may be entitled in law, in equity or otherwise, all of which rights, claims, actions and defenses are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the above-captioned chapter 11 case.

Dated:  New York, NY
        April 5, 2023

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  */s/ James R. Savin*
Ira S. Dizengoff
Brad M. Kahn
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
bkahn@akingump.com

James R. Savin
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors of SVB Financial Group*

3