| | |
|---|---|
| Evan Hollander<br>Michael Trentin<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 506-5000<br>Facsimile: (212) 506-5151<br>Email: echollander@orrick.com<br>         mtrentin@orrick.com<br><br>*Counsel for Gregory W. Becker* | Philip D. Anker<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>Email: Philip.Anker@wilmerhale.com<br><br>*Counsel for Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Roger Dunbar, Joel P. Friedman, Thomas King, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John Robinson, and Garen K. Staglin* |
| Alexander Woolverton<br>Andrew J. Citron<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9220<br>Facsimile: (212) 715-8000<br>Email: awoolverton@kramerlevin.com<br>         acitron@kramerlevin.com<br><br>*Counsel for Daniel J. Beck* | Alex R. Rovira<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839 5300<br>Facsimile: (212) 839 5599<br>Email: arovira@sidley.com<br><br>*Counsel for Michelle Draper* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SVB FINANCIAL GROUP,[1]<br><br>             Debtor. | )<br>)<br>)   Chapter 11<br>)<br>)<br>)   Case No. 23-10367 (MG)<br>) |

## <u>CERTICATE OF SERVICE</u>

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

1

4136-9012-9991

I HEREBY CERTIFY that on May 3, 2023, a true and correct copy of following documents 1). Notice of Hearing and Motion for Entry of an Order Allowing for the Advancement and Payment of Defense Costs of Insureds Pursuant to D&O Policies and 2). Motion for Entry of an Order Allowing for The Advancement and Payment of Defense Costs of Insureds Pursuant to D&O Policies was served on the individuals identified in Exhibits A and B in the manner specified therein.

Dated: May 8, 2023
      New York, New York        Respectfully submitted,

/s/ Evan Hollander
Evan Hollander
Michael Trentin
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Email: echollander@orrick.com
      mtrentin@orrick.com

*Counsel for Gregory W. Becker*


Alexander Woolverton
Andrew J. Citron
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9220
Facsimile: (212) 715-8000
Email: awoolverton@kramerlevin.com
      acitron@kramerlevin.com

*Counsel for Daniel J. Beck*

4136-9012-9991

Philip D. Anker
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: Philip.Anker@wilmerhale.com

*Counsel for Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Roger Dunbar, Joel P. Friedman, Thomas King, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John Robinson, and Garen K. Staglin*

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839 5300
Facsimile: (212) 839 5599
Email: arovira@sidley.com

*Counsel for Michelle Draper*

3

**Exhibit A**
**Via Electronic Service**

| NAME | EMAIL ADDRESS |
| --- | --- |
| Ira S. Dizengoff | idizengoff@akingump.com |
| Brad M. Kahn | bkahn@akingump.com |
| James R. Savin | jsavin@akingump.com |
| Andrew T. Lolli | eburgess@atllp.com |
| Emily M. Burgess | alolli@atllp.com |
| Matt Field | mfield@tmgpartners.com |
| Scott C. Verges | sverges@tmgpartners.com |
| Brian D. Huben | hubenb@ballardspahr.com |
| Nahal Zarnighian | zarnighiann@ballardspahr.com |
| Mark Van Der Weide | mark.vanderweide@frb.gov |
| Mary H Rose | mrose@buchalter.com |
| Anthony J. Napolitano | anapolitano@buchalter.com |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Seth Van Aalten | svanaalten@coleschotz.com |
| Justin R. Alberto | jalberto@coleschotz.com |
| Sarah A. Carnes | scarnes@coleschotz.com |
| Marshall S. Huebner<br>Elliot Moskowitz<br>Angela M. Libby<br>David Schiff<br>Aryeh Ethan Falk | svbfgahg.notices@davispolk.com |
| Courina Yulisa | yulisa.courina@dorsey.com |
| Steven T. Waterman | waterman.steven@dorsey.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Frank F. McGinn<br>Jacqueline M. Price | jmp@bostonbusinesslaw.com |
| Centralized Insolvency Operation | mimi.m.wong@irscounsel.treas.gov |
| Marc B. Hankin<br>Carl N. Wedoff | mhankin@jenner.com<br>cwedoff@jenner.com |

4

| NAME | EMAIL ADDRESS |
|---|---|
| Vincent E. Lazar | vlazar@jenner.com |
| | lraiford@jenner.com |
| James S. Carr | kelliott@kelleydrye.com |
| Kristin S. Elliott | kdwbankruptcydepartment@kelleydrye.com |
| David M. Fine | davidfine@kpmg.com |
| Herb Baer | SVBFGteam@ra.kroll.com |
| Jessica Berman | serviceqa@ra.kroll.com |
| Christine Porter | |
| Andrea B. Schwartz | andrea.b.schwartz@usdoj.gov |
| Annie Wells | annie.wells@usdoj.gov |
| Seth H. Lieberman | slieberman@pryorcashman.com |
| Patrick Sibley | psibley@pryorcashman.com |
| Andrew S. Richmond | arichmond@pryorcashman.com |
| Derek J. Baker | dbaker@reedsmith.com |
| Keith M. Aurzada | kaurzada@reedsmith.com |
| Kurt F. Gwynne | kgwynne@reedsmith.com |
| Casey D. Laffey | claffey@reedsmith.com |
| Secretary of the Treasury | secbankruptcy@sec.gov |
| | nyrobankruptcy@sec.gov |
| Bankruptcy Department - NY Office | bankruptcynoticeschr@sec.gov |
| Bankruptcy Department - Philadelphia Office | secbankruptcy@sec.gov |
| John R. Ashmead | ashmead@sewkis.com |
| Kalyan Das | das@sewkis.com |
| Catherine V. LoTempio | lotempio@sewkis.com |
| Eric S. Goldstein | egoldstein@goodwin.com |
| Latonia C. Williams | bankruptcy@goodwin.com |
| | bankruptcyparalegal@goodwin.com |
| Thomas R. Califano | tom.califano@sidley.com |
| Anthony Grossi | agrossi@sidley.com |
| Jason L. Hufendick | jhufendick@sidley.com |
| Tim Mayopoulos | tmayopoulos@svb.com |
| Sandeep Qusba | squsba@stblaw.com |
| Michael Torkin | michael.torkin@stblaw.com |
| William T. Russell, Jr. | wrussell@stblaw.com |
| Nicholas Baker | nbaker@stblaw.com |
| David Zylberberg | david.zylberberg@stblaw.com |
| Ashley Gherlone | ashley.gherlone@stblaw.com |

5

| NAME | EMAIL ADDRESS |
|---|---|
| Marvin E. Sprouse III | msprouse@sprousepllc.com |
| James L. Bromley | bromleyj@sullcrom.com |
| Andrew G. Dietderich | dietdericha@sullcrom.com |
| Christian P. Jensen | jensenc@sullcrom.com |
| K. Lacy | klacy@svb.com |
| Mark V. Bossi | mbossi@thompsoncoburn.com |
| Bankruptcy Division | jeffrey.oestericher@usdoj.gov<br>carina.schoenberger@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov |
| George Hogan | george.hogan@usbank.com |
| Brian Thompson | Brian_Thompson@uhc.com |
| Thad Johnson | Thad_Johnson@uhc.com |
| Charles Koster | charles.koster@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Brian Pfeiffer | brian.pfeiffer@whitecase.com |
| Thomas E Lauria | tlauria@whitecase.com |
| Nicolas Abbattista | nick.abbattista@whitecase.com |
| Corporate Capital Markets | rritrovato@wilmingtontrust.com |
| Adam McDonough | AMcDonough@lockton.com |
| Argo Pro Claims[2] | ArgoProClaimsMail@argogroupus.com |
| bslclaims@travelers.com[2] | bslclaims@travelers.com |

---

[2] Electronic service on May 4, 2023.

**Exhibit B**
**Via Overnight Mail**

| |
|---|
| Chubb Group of Insurance Companies<br>Attn: Chubb Underwriting Department<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 |
| American International Group, Inc.(AIG)<br>1271 Avenue of the Americas, Floor 37<br>New York, NY 10020-1304 |
| Open Brokerage Global Specialty Lines<br>CNA Insurance Company<br>125 Broad Street, 8th Floor<br>New York, NY 10004 |
| Nationwide Management Liability & Specialty<br>Attn: Claims Manager<br>7 World Trade Center, 37th Floor<br>250 Greenwich Street<br>New York, NY 10007-0033 |
| Argo Pro Underwriting[3]<br>P.O. BOX 469012<br>San Antonio, TX 78246 |
| Travelers, Agency Compensation[3]<br>P.O. Box 2950<br>Hartford, Connecticut 06104-2950 |
| Financial Institutions<br>Attn: Professional Lines Underwriting Department<br>1221 Avenue of The Americas<br>New York, NY 10020 |
| Starr Indemnity & Liability Company<br>Attn: Financial Lines Department<br>399 Park Avenue, 8th floor<br>New York, NY 10022 |

---

[3] Via overnight mail service on May 4, 2023. Also served electronically on May 4, 2023.

| |
|---|
| Underwriting Department<br>Markel American Insurance Company<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Fax: (212) 898-6601 |
| Arch Insurance Company<br>Executive Assurance Underwriting<br>One Liberty Plaza, 53rd Floor<br>New York, NY 10006<br>Fax: (212) 651-6499 |
| The Hartford<br>Hartford Financial Lines<br>One Hartford Plaza<br>Hartford, CT 06115 |
| Berkley Professional Liability<br>757 Third Avenue, 10th Floor<br>New York, NY 10017 |
| Northeast, MASE & West Region Underwriting<br>Regional Manager<br>4 World Trade Center, Floor 53<br>150 Greenwich Street<br>New York, NY 10007 |
| Everest National Insurance Company<br>100 Everest Way<br>Warren, NJ 07059 |
| Old Republic Professional Liability, Inc.<br>Attention: Underwriting Department<br>191 North Wacker Drive, Suite 1000<br>Chicago, IL 60606 |
| Allianz Global Risks US Insurance Company<br>225 West Washington Street, Suite 1800<br>Chicago, IL 60606-3484<br>Phone Number: 1-888-466-7883 |
| Chubb, Financial Lines<br>Attention: Chief Underwriting Officer<br>1133 Avenue of the Americas, 32nd Floor<br>New York, NY 10036 |

| |
|---|
| AXIS Insurance<br>10000 Avalon Blvd., Suite 200<br>Alpharetta, GA 30009 |
| Office of the United States Trustee<br>Attn: Andrea B. Schwartz / Annie Wells<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Room 534<br>New York, NY   10004 |
| State of New York Attorney General<br>Attn: Bankruptcy Department<br>Empire State Plaza<br>Justice Building, 2nd Floor<br>Albany NY 12224 |
| United States Department of Justice<br>Attn: Bankruptcy Department<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| alterDomus<br>Attn: Andrew Cherry, Chief Financial Officer<br>15 Boulevard F. W. Raiffeisen<br>Luxembourg L-2411 Grand Duchy of Luxembourg |
| Ernst & Young U.S. LLP<br>Attn: General Counsel's Office<br>1 Manhattan W, 401 9th Avenue<br>New York, NY 10001 |
| MUFG Fund Services (Cayman) Limited<br>Attn: President or General Counsel<br>MUFG House<br>227 Elgin Avenue<br>George Town, Grand Cayman  KY1-1107 |
| U.S. Bank National Association<br>Attn: Corporate Trust Department<br>(SVB Financial Group)<br>633 West Fifth Street, 24th Floor<br>Los Angeles, CA 90071 |