AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff
David M. Zensky
Joseph L. Sorkin
Brad M. Kahn
Katherine Porter
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

James R. Savin
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Proposed Counsel to the Official Committee
of Unsecured Creditors of SVB Financial Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. | Re: Docket No. 239 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**JOINDER IN, AND STATEMENT WITH RESPECT TO, EX PARTE**
**MOTION OF THE DEBTOR FOR AN ORDER AUTHORIZING EXAMINATIONS**
**PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the chapter 11 case

of SVB Financial Group as debtor and debtor in possession (the "<u>Debtor</u>"), by and through its

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

undersigned proposed counsel, hereby submits this joinder in, and statement with respect to, the *Debtor's Ex Parte Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rules of Bankruptcy Procedure 2004, 9006, and 9016 Authorizing Expedited Discovery* [Docket No. 239] (the "Motion"), granted by this Court by the *Ex Parte Order signed on 5/17/2023 Granting Motion Authorizing Expedited Discovery* [Docket No. 251].

1. The Committee seeks joinder as to the ex parte order signed on 05/17/2023 authorizing and directing discovery from the Federal Deposit Insurance Corporation as receiver for Silicon Valley Bank ("FDIC-R") and any other third party with responsive information. Discovery is needed to address questions concerning the location, possession, control, and status of Debtor's Accounts, the scope of the Debtor's estate, and the circumstances surrounding FDIC-R's conduct as it relates to the Debtor and the Debtor's assets.

2. The Committee was appointed on March 28, 2023 by the U.S. Trustee to serve as a fiduciary for all unsecured creditors, and since that time, has been working with the Debtor to investigate the FDIC-R's decision to deny the Debtor, and its estate, access to the Debtor's Accounts. Accordingly, the Committee has a clear interest in obtaining and reviewing documents requested by the Debtor associated with FDIC-R and the Debtor's Accounts and, as such, believes that authorizing its participation in discovery is both efficient and necessary.

3. The Committee also joins in the Debtor's request to the Court to shorten the time set forth in Bankruptcy Rule 9016 to require the parties to have completed or substantially completed document production no later than fourteen (14) calendar days from the date of service.

**RESERVATION OF RIGHTS**

4.  The Committee and its members reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this joinder, to seek additional discovery, add additional parties, or to raise additional grounds for granting the Motion during any hearing on the Motion.

**CONCLUSION**

For the reasons set forth above and in the Debtor's Ex Parte Motion, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, that authorizes both the Committee and the Debtor to undertake a Rule 2004 examination of the FDIC-R and affiliated third parties.

| | |
|---|---|
| Dated: New York, NY<br>May 17, 2023 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By: */s/ David M. Zensky*<br>Ira S. Dizengoff<br>David M. Zensky<br>Joseph L. Sorkin<br>Brad M. Kahn<br>Katherine Porter<br>One Bryant Park<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>idizengoff@akingump.com<br>dzensky@akingump.com<br>jsorkin@akingump.com<br>bkahn@akingump.com<br>kporter@akingump.com<br><br>James R. Savin<br>2001 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>jsavin@akingump.com<br><br>*Proposed Counsel to the Official Committee*<br>*of Unsecured Creditors of SVB Financial Group* |

## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | x : : Chapter 11 : : Case No. 23-10367 (MG) : : x |
| SVB FINANCIAL GROUP,[1] | |
| Debtor. | |

### *EX PARTE* ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004, 9006, AND 9016 AUTHORIZING EXPEDITED DISCOVERY

Upon the motion dated May 17 (the "Motion")[2], the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of SVB Financial Group as debtor and debtor in possession (the "Debtor"), by and through its undersigned proposed counsel, joins the *Motion to Authorize Debtor's Ex Parte Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rules of Bankruptcy Procedure 2004, 9006, and 9016 Authorizing Expedited Discovery* [Docket No. 239], for entry of an order (this "Order") pursuant to Bankruptcy Code section 105 and Bankruptcy Rules 2004, 9006, and 9016 (a) authorizing discovery concerning the Debtor's Account, and (b) requiring response to any such discovery be provided on an expedited basis; and it appearing that this court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and, after due deliberation, the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and the Committee, and it appearing

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.
[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

1

that no notice of the relief sought in the Motion is necessary; and good and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Committee is authorized, pursuant to Bankruptcy Rules 2004 and 9016 to issue subpoenas to FDIC-R and any other third-party with responsive information responsive to the Requests issued by the Debtor.

3. The recipient of any such subpoena is directed to respond to the request and have completed or substantially completed document production no later than fourteen (14) calendar days of service.

4. The Committee reserves all rights to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of discovery authorized pursuant to this Order.

5. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7. The Court retains jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and enforce the provisions of this Order.

SO ORDERED.

Dated: _____  
    New York, New York

_____  
The Honorable Martin Glenn  
Chief United States Bankruptcy Judge

2