**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. | |

### NOTICE OF BID DEADLINE EXTENSION AND REVISED DATES FOR SALE OF SVB SECURITIES

**PLEASE TAKE NOTICE** that on March 17, 2023, SVB Financial Group (the "Debtor") filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 17, 2023, the Court entered an order [D.I. 250] (the "Bid Procedures Order")[2] approving certain Bid Procedures (the "Bid Procedures"), attached as Exhibit 1 to the Bid Procedures Order, which, among other things, set May 22, 2023 at 5:00 p.m. (prevailing Eastern Time) as the Bid Deadline and May 25, 2023 as the date of the Auction(s) for SVB Securities.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Bid Procedures, after consultation with the Consulting Professionals, the Debtors hereby extend the relevant deadlines for the sale of SVB Securities as follows:

| Event | Date and Time |
|---|---|
| Bid Deadline | 5:00 p.m. (prevailing Eastern Time) on May 26, 2023 |
| Sale Objection Deadline (Unchanged) | 4:00 p.m. (prevailing Eastern Time) on May 30, 2023 |
| Auction(s) | May 31, 2023, at times to be determined |
| Notice of Successful Bidder Deadline(s) | Within one business day of the conclusion of each Auction |
| Post-Auction Objection Deadline(s) | The earlier of two business days after the Debtor files a Notice of Successful Bidder and 10:00 a.m. (prevailing Eastern Time) on the day of the Sale Hearing |

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bid Procedures Order.

| Sale Hearing(s) (Unchanged) | June 5, 2023, at 10:00 a.m. (prevailing Eastern Time) and such other dates as applicable |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves its rights to further modify, change or extend the deadlines set forth in the Bid Procedures and this Notice; modify bidding increments; adjourn, reschedule or cancel the Auction(s); withdraw from the Auction(s) any or all of SVB Securities at any time prior to or during the Auction(s); cancel the sale process or, if the Debtor determines that it will better promote the goals of the bidding process and discharge the Debtor's fiduciary duties and not be inconsistent in any material respect with the Bid Procedures Order, modify the Bid Procedures at any time, at or prior to the Auction(s), after consultation with the Consulting Professionals, to (a) impose additional terms and conditions on the sale of SVB Securities or (b) waive the terms and conditions set forth in the Bid Procedures with respect to any or all potential bidders.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the fuller terms and conditions of the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtor encourages all parties-in-interest to review such documents in their entirety. Copies of the Motion, the Bid Procedures and the Bid Procedures Order, as well as all related exhibits, including all other documents filed with the Court, are available (i) free of charge from the website of the Debtor's claims and noticing agent, Kroll Restructuring Administration ("Kroll"), at https://restructuring.ra.kroll.com/SVBFG and (ii) for a fee on the Court's electronic docket for this Chapter 11 Case at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). In addition, copies of the Motion, the Bid Procedures and the Bid Procedures Order may be requested from Kroll by email at svbfginfo@ra.kroll.com.

Dated: May 22, 2023
New York, New York

*/s/ James L. Bromley*
James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
         dietdericha@sullcrom.com
         jensenc@sullcrom.com

*Counsel to the Debtor*