UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. |  |

*EX PARTE* ORDER PURSUANT TO BANKRUPTCY CODE SECTION
105 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004,
9006, AND 9016 AUTHORIZING EXPEDITED DISCOVERY

Upon the motion dated May 17 (the "Motion")[2], the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of SVB Financial Group as debtor and debtor in possession (the "Debtor"), by and through its undersigned proposed counsel, joins the *Motion to Authorize Debtor's Ex Parte Motion for Entry of an Order Pursuant to Bankruptcy Code Section 105 and Federal Rules of Bankruptcy Procedure 2004, 9006, and 9016 Authorizing Expedited Discovery* [Docket No. 239], for entry of an order (this "Order") pursuant to Bankruptcy Code section 105 and Bankruptcy Rules 2004, 9006, and 9016 (a) authorizing discovery concerning the Debtor's Account, and (b) requiring response to any such discovery be provided on an expedited basis; and it appearing that this court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and, after due deliberation, the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate,

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.
[2] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

its creditors, and other parties in interest; and the Committee, and it appearing that no notice of the relief sought in the Motion is necessary; and good and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Committee is authorized, pursuant to Bankruptcy Rules 2004 and 9016 to issue subpoenas to FDIC-R and any other third-party with responsive information responsive to the Requests issued by the Debtor.

3. The recipient of any such subpoena is directed to respond to the request and have completed or substantially completed document production no later than fourteen (14) calendar days of service.

4. The Committee reserves all rights to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of discovery authorized pursuant to this Order.

5. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7. The Court retains jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and enforce the provisions of this Order.

[*Remainder of page intentionally left blank*]

**IT IS SO ORDERED.**

Dated:  May 24, 2023
        New York, New York

                                              **/s/ Martin Glenn**
                                            MARTIN GLENN
                                  Chief United States Bankruptcy Judge