James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SVB FINANCIAL GROUP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10367 (MG) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER**
**APPROVAL OF THE SALE(S) OF SVB SECURITIES**

**PLEASE TAKE NOTICE** that on May 17, 2023, the Court entered an *Order (A) Approving Bid Procedures and the Form and Manner of Notices for the Sale of SVB Securities, (B) Scheduling Auction(s) and Sale Hearing(s) and (C) Granting Related Relief* [D.I. 250] (the "Order"), setting the Sale Hearing for June 5, 2023 at 10:00 a.m. (Prevailing Eastern Time).[2]

**PLEASE TAKE FURTHER NOTICE** that with the permission of the Court the Sale Hearing has been adjourned to the omnibus hearing on **June 29, 2023, at 10:00 a.m. ET** (the "Omnibus Hearing"). The hearing on June 5, 2023 is otherwise cancelled. The Omnibus

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Order.

4886-9914-3272 v.4

Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Omnibus Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Omnibus Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at or listen to the Omnibus Hearing, whether (a) an attorney or non-attorney, (b) making a "live" or "listen only" appearance before the Court or (c) attending the hearing in person or via Zoom, **all need to register an electronic appearance (an "eCourtAppearance")** through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **3:00 p.m. (Prevailing Eastern Time) on the business day before the relevant hearing**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Omnibus Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Omnibus Hearing remotely **must connect to the relevant hearing beginning at 9:00 a.m. (Prevailing Eastern Time) on the relevant hearing date.** When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Omnibus Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted intos the Omnibus Hearing. When seeking to connect for either audio or video participation in the Omnibus Hearing via Zoom for Government, you will first enter a "Waiting

2

Room" in the order in which you seek to connect.  Court personnel will admit each person to the Omnibus Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Order may be obtained from the Court's website, https://ecf.nysb.uscourts.gov, for a nominal fee, or obtained free of charge by accessing the website of the Debtor's claims and noticing agent, https://restructuring.ra.kroll.com/svbfg/.

Dated: June 2, 2023  
      New York, New York

*/s/ James L. Bromley*  
James L. Bromley  
Andrew G. Dietderich  
Christian P. Jensen  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, NY 10004  
Telephone: (212) 558-4000  
Facsimile: (212) 558-3588  
E-mail: bromleyj@sullcrom.com  
        dietdericha@sullcrom.com  
        jensenc@sullcrom.com

*Counsel to the Debtor*