**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SVB FINANCIAL GROUP,[1] | ) Case No. 23-10367 (MG) |
| | ) |
| Debtor. | ) |

## AFFIDAVIT OF SERVICE

I, Victor Wong, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtor in the above-captioned chapter 11 case.

On May 23, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**, and via Overnight mail on Office of United States Trustee for Region 2, Attn Andrea B Schwartz Annie Wells, Alexander Hamilton US Custom House, One Bowling Green Rm 534, New York, NY 10004:

- Notice of Bid Deadline Extension and Revised Dates for Sale of SVB Securities [Docket No. 260]

- Summary of Assets and Liabilities for Non-Individuals [Docket No. 261]

- Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy [Docket No. 262]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278. The Debtor's corporate headquarter is located at 387 Park Avenue South, New York, NY 10016.

Dated: May 31, 2023

*/s/ Victor Wong*
Victor Wong

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 31, 2023, by Victor Wong, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel to the Official Committee of Unsecured Creditors of SVB Financial Group | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Brad M. Kahn<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>bkahn@akingump.com | Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors of SVB Financial Group | Akin Gump Strauss Hauer & Feld LLP | Attn: James R. Savin<br>2001 K Street NW<br>Washington DC 20006 | jsavin@akingump.com | Email |
| Top Unsecured Creditor | alterDomus | Attn: Andrew Cherry, Chief Financial Officer<br>15 Boulevard F. W. Raiffeisen<br>Luxembourg L-2411 Grand Duchy of Luxembourg | | First Class Mail |
| Counsel to The Capital Markets Company LLC | Armstrong Teasdale LLP | Attn: Andrew T. Lolli, Emily M. Burgess<br>7 Times Square<br>44th Floor<br>New York NY 10036 | eburgess@atllp.com<br>alolli@atllp.com | Email |
| Top Unsecured Creditor | BA2 Quad LLC c/o TMG Partners | Attn: Matt Field, President, Scott C. Verges, General Counsel, Executive Vice President<br>100 Bush Street, Ste 2600<br>San Francisco CA 94104 | mfield@tmgpartners.com<br>sverges@tmgpartners.com | Email |
| Counsel to Landlord Creditor Cousins Fund II Phoenix I, LLC | Ballard Spahr LLP | Attn: Brian D. Huben, Nahal Zarnighian<br>2029 Century Park East<br>Suite 1400<br>Los Angeles CA 90067-2915 | hubenb@ballardspahr.com<br>zarnighiann@ballardspahr.com | Email |
| Board of Governors of the Federal Reserve System | Board of Governors of the Federal Reserve System | Attn: Mark Van Der Weide, General Counsel of the Board of Governors of the Federal Reserve System<br>20th Street and Constitution Avenue N.W<br>Washington DC 20551 | mark.vanderweide@frb.gov | Email |
| Counsel to BA2 Quad LLC, and Zions Bancorporation, N.A. d/b/a California Bank & Trust | Buchalter, A Professional Corporation | Attn: Mary H Rose, Anthony J. Napolitano<br>1000 Wilshire Blvd<br>Suite 1500<br>Los Angeles CA 90017-1730 | mrose@buchalter.com<br>anapolitano@buchalter.com | Email |
| Counsel to BA2 Quad LLC, Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco CA 94105-3493 | vbantnerpeo@buchalter.com<br>schristianson@buchalter.com | Email |
| Proposed Efficiency and Conflicts Counsel to the Official Committee of Unsecured Creditors of SVB Financial Group | Cole Schotz P.C. | Attn: Seth Van Aalten, Justin R. Alberto, Sarah A. Carnes<br>1325 Avenue of the Americas<br>19th Floor<br>New York NY 10019-6079 | svanaalten@coleschotz.com<br>jalberto@coleschotz.com<br>scarnes@coleschotz.com | Email |
| Counsel to Michael Vande Krol | Cooley LLP | Attn: Michael Klein, Paul J. Springer<br>55 Hudson Yards<br>New York NY 10001 | mklein@cooley.com<br>pspringer@cooley.com | Email |
| Counsel to Ad Hoc Group of Senior Noteholders | Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Elliot Moskowitz, Angela M. Libby, David Schiff, Aryeh Ethan Falk<br>450 Lexington Avenue<br>New York NY 10017 | svbfgahg.notices@davispolk.com | Email |
| Counsel to Michael Zuckert | Debevoise & Plimpton LLP | Attn: Valerie A. Zuckerman<br>801 Pennsylvania Avenue N.W.<br>Suite 500<br>Washington DC 20004 | vazuckerman@debevoise.com | Email |
| Counsel to Cornerstone Title Holder LLC | Dorsey & Whitney LLP | Attn: Courina Yulisa<br>51 West 52nd Street<br>New York NY 10019-6119 | yulisa.courina@dorsey.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cornerstone Title Holder LLC | Dorsey & Whitney LLP | Attn: Steven T. Waterman<br>111 South Main Street<br>Suite 2100<br>Salt Lake City UT 84111-2176 | waterman.steven@dorsey.com | Email |
| Top Unsecured Creditor | Ernst & Young U.S. LLP | Attn: General Counsel's Office<br>1 Manhattan W<br>401 9th Ave<br>New York NY 10001 | | First Class Mail |
| Counsel to Philip Cox | Goodwin Procter LLP | Attn: Stacy Dasaro<br>The New York Times Building<br>620 Eighth Avenue<br>New York NY 10018 | sdasaro@goodwinlaw.com | Email |
| Counsel to 53 State Property, L.P., CCP/MS SSIII Denver Tabor Center 1 Property Owner LLC, BXP Madison Centre I LLC and BXP Madison Centre II LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner<br>400 Atlantic Avenue<br>Boston MA 02110-3333 | drosner@goulstonstorrs.com | Email |
| Counsel to 53 State Property, L.P., CCP/MS SSIII Denver Tabor Center 1 Property Owner LLC, BXP Madison Centre I LLC and BXP Madison Centre II LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann<br>885 Third Avenue, 18th Floor<br>New York NY 10022 | thoffmann@goulstonstorrs.com | Email |
| Counsel to Iron Mountain Information Management, LLC | Hackett Feinberg P.C. | Attn: Frank F. McGinn, Jacqueline M. Price<br>155 Federal Street<br>9th Floor<br>Boston MA 02110- | jmp@bostonbusinesslaw.com | Email |
| Counsel to Michael Descheneaux | Hogan Lovells US LLP | Attn: Christopher R. Bryant, Sara Posner<br>390 Madison Ave<br>New York NY 10017 | chris.bryant@hoganlovells.com<br>sara.posner@hoganlovells.com | Email |
| Counsel to Michael Descheneaux | Hogan Lovells US LLP | Attn: Peter S. Spivack<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington DC 20004-1109 | peter.spivack@hoganlovells.com | Email |
| Counsel to UBS Securities LLC | Hughes Hubbard & Reed LLP | Attn: Carl W. Mills<br>One Battery Park Plaza<br>New York NY 10004-1482 | carl.mills@hugheshubbard.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | mimi.m.wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | mimi.m.wong@irscounsel.treas.gov | Email |
| Proposed Counsel to the Debtor | Jenner & Block LLP | Attn: Marc B. Hankin, Carl N. Wedoff<br>1155 Avenue of the Americas<br>New York NY 10036 | mhankin@jenner.com<br>cwedoff@jenner.com | Email |
| Proposed Counsel to the Debtor | Jenner & Block LLP | Attn: Vincent E. Lazar<br>353 N. Clark Street<br>Chicago IL 60654 | vlazar@jenner.com<br>lraiford@jenner.com | Email |
| Counsel to John S. Clendening | Katten Muchin Rosenman LLP | Attn: Julia M. Winters<br>50 Rockefeller Plaza<br>New York NY 10020-1605 | jwinters@katten.com | Email |
| Counsel to Tata Consultancy Services Limited ("TCS") | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | kelliott@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top Unsecured Creditor | KPMG LLP | Attn: David M. Fine<br>Deputy General Counsel - Litigation<br>560 Lexington Avenue<br>New York NY 10022 | davidfine@kpmg.com | Email |
| Counsel to Daniel J. Beck | Kramer Levin Naftalis & Frankel LLP | Attn: Alexander Woolverton, Andrew J. Citron<br>1177 Avenue of the Americas<br>New York NY 10036 | awoolverton@kramerlevin.com<br>acitron@kramerlevin.com | Email |
| Counsel to Michael Kruse and LeAnn Rogers | Latham & Watkins LLP | Attn: Christopher L. Garcia, Raquel Kellert<br>1271 Avenue of the Americas<br>New York NY 10020 | christopher.garcia@lw.com<br>raquel.kellert@lw.com | Email |
| Counsel to Kevin Choi and Ben Jones | Mayer Brown LLP | Attn: Joseph De Simone, Michelle J. Annunziata<br>1221 Avenue of the Americas<br>New York NY 10020-1001 | jdesimone@mayerbrown.com<br>mannunziata@mayerbrown.com | Email |
| Counsel to Brijesh Rathi | McGuireWoods LLP | Attn: Jason H. Cowley<br>1211 Avenue of the Americas<br>New York NY 10036 | jcowley@mcguirewoods.com | Email |
| Counsel to Brijesh Rathi | McGuireWoods LLP | Attn: Roy G. Dixon, III<br>201 North Tryon Street<br>Suite 3000<br>Charlotte NC 28205 | rdixon@mcguirewoods.com | Email |
| Top Unsecured Creditor | MUFG Fund Services (Cayman) Limited | Attn: President or General Counsel<br>MUFG House<br>227 Elgin Avenue<br>George Town Grand Cayman  KY1-1107 Cayman Islands | | First Class Mail |
| United States Trustee for the Southern District of New York | Office of the United States Trustee for Region 2 | Attn: Andrea B. Schwartz, Annie Wells<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Rm. 534<br>New York NY 10004 | andrea.b.schwartz@usdoj.gov<br>annie.wells@usdoj.gov | Email |
| Counsel to Gregory W. Becker | Orrick, Herrington & Sutcliffe LLP | Attn: Evan Hollander, Michael Trentin<br>51 West 52nd Street<br>New York NY 10019 | echollander@orrick.com<br>mtrentin@orrick.com | Email |
| Counsel to Wilmington Trust Company | Pryor Cashman LLP | Attn: Seth H. Lieberman, Patrick Sibley, Andrew S. Richmond<br>7 Times Square<br>New York NY 10036-6569 | slieberman@pryorcashman.com<br>psibley@pryorcashman.com<br>arichmond@pryorcashman.com | Email |
| Counsel to the Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank (the "FDIC-R") | Reed Smith LLP | Attn: Derek J. Baker<br>1717 Arch Street<br>Three Logan Square, Suite 3100<br>Philadelphia PA 19103 | dbaker@reedsmith.com | Email |
| Counsel to the Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank (the "FDIC-R") | Reed Smith LLP | Attn: Keith M. Aurzada<br>2850 N. Harwood Street<br>Suite 1500<br>Dallas TX 75201 | kaurzada@reedsmith.com | Email |
| Counsel to the Federal Deposit Insurance Corporation in its capacity as receiver for Silicon Valley Bank (the "FDIC-R") | Reed Smith LLP | Attn: Kurt F. Gwynne, Casey D. Laffey<br>599 Lexington Avenue<br>New York NY 10022 | kgwynne@reedsmith.com<br>claffey@reedsmith.com | Email |
| Counsel to Zain Haider | Ropes & Gray LLP | Attn: Michael G. McGovern, Helen Gugel, Matt Corriel<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | michael.mcgovern@ropesgray.com<br>helen.gugel@ropesgray.com<br>matt.corriel@ropesgray.com | Email |
| Counsel to Laura Cushing and Kim Olsen | Rottenberg Lipman Rich, P.C. | Attn: Mitchell Epner, Jennifer A. Kreder<br>The Helmsley Building<br>230 Park Avenue, 18th Floor<br>New York NY 10169 | mepner@rlrpclaw.com<br>jkreder@rlrpclaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to U.S. Bank National Association | Seward & Kissel LLP | Attn: John R. Ashmead, Kalyan Das, Catherine V. LoTempio<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>das@sewkis.com<br>lotempio@sewkis.com | Email |
| Counsel for United HealthCare Services, Inc., and UnitedHealthcare Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Latonia C. Williams<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Hildene Collateral Management Company, LLC, Alesco Preferred Funding X, Ltd., Alesco Preferred Funding XI, Ltd., Trapeza CDO IX, Ltd., Trapeza CDO X, Ltd., and Trapeza CDO XI, Ltd. | Sidley Austin LLP | Attn: Thomas R. Califano, Anthony Grossi, Jason L. Hufendick<br>787 Seventh Avenue<br>New York NY 10019 | tom.califano@sidley.com<br>agrossi@sidley.com<br>jhufendick@sidley.com | Email |
| Top Unsecured Creditor | Silicon Valley Bridge Bank, N.A. | Attn: Tim Mayopoulos<br>CEO<br>3003 Tasman Dr.<br>Santa Clara CA 95054 | tmayopoulos@svb.com | Email |
| Counsel to Silicon Valley Bridge Bank, NA and First-Citizens Bank & Trust Company | Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Michael Torkin, William T. Russell, Jr., Nicholas Baker, David Zylberberg, Ashley Gherlone<br>425 Lexington Avenue<br>New York NY 10017 | squsba@stblaw.com<br>michael.torkin@stblaw.com<br>wrussell@stblaw.com<br>nbaker@stblaw.com<br>david.zylberberg@stblaw.com<br>ashley.gherlone@stblaw.com | Email |
| Counsel to Laura Izurieta | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: David Meister<br>One Manhattan West<br>New York NY 10001 | David.Meister@skadden.com | Email |
| Counsel to Laura Izurieta | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Jenness Parker<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | Jenness.Parker@skadden.com | Email |
| Counsel for CyrusOne LLC | Sprouse Law Firm | Attn: Marvin E. Sprouse III<br>901 Mopac Expressway South<br>Building 1, Suite 300<br>Austin TX 78746 | msprouse@sprousepllc.com | Email |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| Counsel to the Debtor | Sullivan & Cromwell LLP | Attn: James L. Bromley, Andrew G. Dietderich, Christian P. Jensen<br>125 Broad Street<br>New York NY 10004 | bromleyj@sullcrom.com<br>dietdericha@sullcrom.com<br>jensenc@sullcrom.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Debtor | SVB Financial Group | Attn: President or General Counsel<br>387 Park Avenue South<br>New York NY 10016 | klacy@svb.com | Email |
| Counsel to 5th Midtown LLC | The Klein Law Group CRE PLLC | Attn: Efrem Z. Fischer<br>275 Madison Avenue<br>33rd Floor<br>New York NY 10016 | efrem@kleinlawgroupny.com | Email |
| Counsel to Neustar, Inc. | Thompson Coburn LLP | Attn: Mark V. Bossi<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com | Email |
| Counsel to TN Dept of Revenue | TN Dept of Revenue | Attn: TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankNewYork@ag.tn.gov | Email |
| United States Attorney's Office for the Southern District of New York | U.S. Attorney for Southern District Of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | jeffrey.oestericher@usdoj.gov<br>lawrence.fogelman@usdoj.gov<br>peter.aronoff@usdoj.gov<br>linda.riffkin@usdoj.gov | Email |
| Top Unsecured Creditor | U.S. Bank National Association | Attn: Corporate Trust Department (SVB Financial Group)<br>633 West Fifth Street<br>24th Floor<br>Los Angeles CA 90071 | | First Class Mail |
| Top Unsecured Creditor | U.S. Bank National Association | Attn: George Hogan, Corporate Trust Services Division<br>1 Federal Street<br>10th Floor<br>Boston MA 02110 | | First Class Mail |
| United States Department of Justice | United States Department of Justice | Attn: Bankruptcy Department<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Appaloosa L.P. | White & Case LLP | Attn: Charles Koster<br>609 Main Street<br>Suite 2900<br>Houston TX 77002 | charles.koster@whitecase.com | Email |
| Counsel to Ad Hoc Cross-Holder Group | White & Case LLP | Attn: Glenn Kurtz<br>1221 Avenue of the Americas<br>New York NY 10020 | gkurtz@whitecase.com | Email |
| Counsel to Ad Hoc Cross-Holder Group | White & Case LLP | Attn: Thomas E Lauria, Nicolas Abbattista, Brian Pfeiffer<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami FL 33131 | tlauria@whitecase.com<br>nick.abbattista@whitecase.com<br>brian.pfeiffer@whitecase.com | Email |
| Counsel to Karen Ho | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: George W. Shuster Jr., Peter W. Neiman, Jessica N. Djilani<br>7 World Trade Center<br>250 Greenwich Street<br>New York NY 10007 | george.shuster@wilmerhale.com<br>peter.neiman@wilmerhale.com<br>jessica.djilani@wilmerhale.com | Email |
| Top Unsecured Creditor | Wilmington Trust Company | Attn: Corporate Capital Markets<br>Rodney Square North<br>1100 North Market Street<br>Wilmington DE 19890 | rritrovato@wilmingtontrust.com | Email |
| Counsel to John Peters | Zuckerman Spaeder LLP | Attn: Graeme W. Bush<br>1800 M Street, N.W.<br>Suite 1000<br>Washington DC 20036 | gbush@zuckerman.com | Email |