UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re
    SVB FINANCIAL GROUP,

                      Debtor.
-----------------------------------------------------------X
UBS SECURITIES LLC,

                Appellant,

v.                                   Case No. 23-cv-03714 (DLC)

SVB FINANCIAL GROUP,

                Appellee.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL

**WHEREAS,** on April 14, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") issued its Memorandum Opinion Enjoining Certain Pending Arbitration Proceedings Commenced by UBS Securities LLC; and

**WHEREAS,** on April 21, 2023, the Bankruptcy Court entered its final Order Granting SVB Financial's Motion for Entry of an Order Preliminarily Enjoining Certain Pending Arbitration Proceedings Commenced by UBS Securities LLC (the "Order"); and

**WHEREAS,** on April 24, 2023, UBS timely filed its notice of appeal from the Order (the "Appeal"); and

**WHEREAS,** the undersigned parties to the Appeal (the "Parties") have fully and finally resolved the issues that were the subject of the Appeal, and therefore agree that the Appeal should be dismissed with prejudice and without any order as to costs;

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure, that:

104981463_3

1. The Appeal is dismissed with prejudice.

2. Each party is to bear its own costs.

Dated: New York, New York
June 2, 2023

JENNER & BLOCK LLP

By: *[signature]*
Marc B. Hankin

Carl N. Wedoff
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350

*Attorneys for Appellee SVB Financial Group*

HUGHES HUBBARD & REED LLP

By: *[signature]*
Carl W. Mills

One Battery Park Plaza
New York, New York 10004-1482
Tel: (212) 837-6000
Fax: (212) 422-4726
carl.mills@hugheshubbard.com

*Attorneys for Appellant UBS Securities LLC*

So ordered.
*[signature]*
6/2/23

104981463_3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system was served on June 2, 2023 by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

*s/ Carl W. Mills*
CARL W. MILLS