JENNER & BLOCK LLP
Vincent E. Lazar
Landon S. Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Marc B. Hankin
Carl N. Wedoff
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600

*Conflicts Counsel to the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SVB FINANCIAL GROUP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10367 (MG) |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF HURON CONSULTING SERVICES AS FINANCIAL ADVISOR EFFECTIVE AS OF AUGUST 30, 2023**

On October 6, 2023, SVB Financial Group, as debtor and debtor-in-possession (the "Debtor"), filed the *Debtor's Application for an Order Authorizing the Retention and Employment of Huron Consulting Services as Financial Advisor to the Debtor and Debtor-in-Possession Effective as of August 30, 2023* (the "Application") [Dkt. 591].

A hearing on the Application was previously scheduled to be heard before the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York (the "Court") on October 31, 2023 at 2:00 p.m. (Eastern Daylight Time).

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

With the permission of the Court, the hearing on the relief requested in the Application has been adjourned to the omnibus hearing on November 29, 2023 at 10:00 a.m. (Eastern Standard Time) (the "Hearing"). The Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. Members of the public, including media, must attend in the courtroom to observe live testimony. For case participants wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **November 28, 2023 at 4:00 p.m. (Eastern Standard Time).**

Copies of the Application may be obtained from the Court's website, https://ecf.nysb.uscourts.gov, for a nominal fee, or obtained free of charge by accessing the website of the Debtor's claims and noticing agent, Kroll Inc., at https://restructuring.ra.kroll.com/svbfg/.

(*Signature page follows.*)

Dated: October 26, 2023
New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Vincent E. Lazar*

Vincent E. Lazar
Landon S. Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com
lraiford@jenner.com

Marc B. Hankin
Carl N. Wedoff
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

*Conflicts Counsel to the Debtor and Debtor-in-Possession*