UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SVB FINANCIAL GROUP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10367 (MG) |

**SECOND SUPPLEMENTAL DECLARATION OF VINCENT E. LAZAR
IN SUPPORT OF DEBTOR'S APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
JENNER & BLOCK LLP AS CONFLICTS COUNSEL TO THE DEBTOR
AND DEBTOR IN POSSESSION EFFECTIVE AS OF MARCH 29, 2023**

I, Vincent E. Lazar, declare the following is true to the best of my knowledge, information, and belief:

1. I am a partner in Jenner & Block LLP ("Jenner & Block"), a law firm with offices in Chicago, Illinois; Los Angeles, California; New York, New York; San Francisco, California; Washington, D.C.; and London, United Kingdom.[2] I am currently resident in Jenner & Block's Chicago office, located at 353 North Clark Street, Chicago, Illinois 60654. I am a member in good standing of the bars of the States of New York and Illinois, and there are no disciplinary proceedings pending against me.

2. I submit this Declaration ("Second Supplemental Declaration") on behalf of Jenner & Block in further support of the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Jenner & Block as Conflicts Counsel for the Debtor and Debtor in Possession, Effective as of March 29, 2023* [Dkt. 110] (the "Jenner Application"). Unless

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

[2] The London office is operated by a separate partnership, Jenner & Block London LLP, which is affiliated with Jenner & Block.

otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3. To the extent that any information disclosed herein requires subsequent amendment or modification upon Jenner & Block's completion of further analysis or as additional information regarding creditors and other parties in interest becomes available, one or more supplemental declarations will be submitted to the Court reflecting the same.

4. On April 20, 2023, the Debtor filed the Jenner Application. Attached as Exhibit B to the Jenner Application was *Declaration of Vincent E. Lazar in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Jenner & Block LLP as Conflicts Counsel to the Debtor and Debtor in Possession Effective as of March 29, 2023* [Dkt. 110-2] (the "Initial Declaration").

5. On May 12, 2023, the Debtor filed the *Supplemental Declaration of Vincent E. Lazar in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Jenner & Block LLP as Conflicts Counsel to the Debtor and Debtor in Possession Effective as of March 29, 2023* [Dkt. 219] (the "First Supplemental Declaration").

6. The Initial Declaration and the First Supplemental Declaration identified certain connections of Jenner & Block and its attorneys to parties in interest identified by the Debtors and listed in Schedule 1 to the Initial Declaration.

7. In the Initial Declaration and First Supplemental Declaration, I stated that I would supplement my declaration upon Jenner & Block's completion of further analysis or as additional information regarding creditors and other parties in interest becomes available.

8. Through Jenner & Block's client intake process, the firm has identified the following parties or certain of their affiliates which Jenner & Block represents in matters wholly

2

unrelated to unrelated to the Debtor, its chapter 11 case or any services that are contemplated to be provided by Jenner & Block in the Debtor's chapter 11 case:

    a. Crowdstrike Services Inc.

    b. 520 Broadway Owner, LLC

9. Jenner & Block intends to continue to represent these parties on matters wholly unrelated to the Debtors or these cases.

10. Accordingly, per the Application, the First Supplemental Declaration, and this Second Supplemental Declaration, I believe Jenner & Block is a "disinterested person," as defined in Bankruptcy Code section 101(14); does not hold or represent an interest adverse to these chapter 11 cases, as required by Bankruptcy Code section 327(a); and that Jenner & Block's partners, counsel, associates, and other attorneys do not hold or represent any interest adverse to these chapter 11 cases or their estates.

11. To the extent that any information disclosed herein requires subsequent amendment or modification upon Jenner & Block's completion of further analysis or as additional information regarding creditors and other parties in interest becomes available, one or more supplemental declarations will be submitted to the Court reflecting the same.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: November 16, 2023            /s/ *Vincent E. Lazar*
                                              Vincent E. Lazar