UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | : | Case No. 23-10367 (MG) |
| Debtor. | : |  |

**SECOND SUPPLEMENTAL DECLARATION OF CHRISTOPHER J. KEARNS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) IN CONNECTION WITH THE RETENTION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

I, Christopher J. Kearns, pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information, and belief declare as follows:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm with numerous offices throughout the country. I am duly authorized to make this supplemental declaration (the "Second Supplemental Declaration") on behalf of BRG in connection with its retention as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2. On June 23, 2023, the Court entered an order authorizing the Committee to retain BRG as its financial advisor in these bankruptcy cases, effective as of April 6, 2023 (the "Retention Order") [Docket No. 338]. The purpose of this Second Supplemental Declaration is to fulfill BRG's continuing obligation to update its disclosures as set

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

       forth in the *Application of Official Committee of Unsecured Creditors of SVB Financial Group to Retain and Employ Berkeley Research Group, LLC as Financial Advisor, Effective as of April 6, 2023* [Docket No. 154] (the "Application") and pursuant to the terms set forth in the Retention Order.

3. As stated in BRG's Retention Application, "In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business." Effective January 1, 2024, BRG's standard hourly rates increased.

4. To provide notice of BRG's new standard hourly rates, set forth below are BRG's standard hourly rates effective January 1, 2024.[2]

| Position | Hourly Rate |
| --- | --- |
| Managing Directors | $1,095 – $1,325 |
| Associate Directors & Directors | $865 – $1,050 |
| Professional Staff | $420 – $850 |
| Support Staff | $175 – $375 |

5. I hereby confirm that the Committee has consented to these rate increases.

6. I certify under penalty of perjury that the foregoing is true and correct.

Date: December 15, 2023          Berkeley Research Group, LLC

                                    By  /s/ *Christopher J. Kearns*
                                          Christopher J. Kearns
                                          Managing Director
                                          810 Seventh Avenue, Suite 4100
                                          New York, NY  10019
                                          212-782-1409

---

[2] The below ranges are for BRG professionals in the Corporate Finance practice group who may practice in bankruptcy and non-bankruptcy related matters. They exclude BRG professionals in other industry practice groups who may also provide specialized services in these Chapter 11 Cases. To the extent such other professionals provide services, they will charge their standard hourly rates as they would in non-bankruptcy matters.