James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SVB FINANCIAL GROUP,[1] | Case No. 23-10367 (MG) |
| Debtor. | |

## NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that on May 30, 2024, SVB Financial Group, as debtor and debtor-in-possession, filed the solicitation version of the *Debtor's Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code* (the "Plan") [D.I. 1178].

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") scheduled a hearing to consider confirmation of the Plan (the "Confirmation Hearing") to commence on **Monday, July 22, 2024, at 9:00 a.m. (Prevailing Eastern Time)**. *See Order (I) Approving the Disclosure Statement; (II) Establishing a Voting Record Date; (III) Approving Solicitation Packages and Solicitation Procedures; (IV) Approving the Forms of Ballots; (V) Establishing Voting and Tabulation*

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

*Procedures; and (VI) Establishing Notice and Objection Procedures for Confirmation of the Plan* [D.I. 1172] and *Notice of Adjournment of Confirmation Hearing and Scheduling of Status Conference* [D.I. 1248].

**PLEASE TAKE FURTHER NOTICE** that with the permission of the Court, the Confirmation Hearing will now commence on **Wednesday, July 24, 2024, at 9:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Confirmation Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Confirmation Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at or listen to the Confirmation Hearing, whether (a) an attorney or non-attorney, (b) making a "live" or "listen only" appearance before the Court or (c) attending the hearing in person or via Zoom, **all need to register an electronic appearance (an "eCourtAppearance")** through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m. (Prevailing Eastern Time) on the business day before the Confirmation Hearing, i.e. Tuesday, July 23, 2024**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Confirmation Hearing and the Court's security requirements for participating

in a Zoom for Government audio and video hearing, all persons seeking to attend the Confirmation Hearing remotely **must connect to the relevant hearing beginning one hour before the applicable hearing time on the relevant hearing date.** When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Confirmation Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted into the Confirmation Hearing. When seeking to connect for either audio or video participation in the Confirmation Hearing via Zoom for Government, you will first enter a "Waiting Room" in the order in which you seek to connect. Court personnel will admit each person to the Confirmation Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Confirmation Hearing. Further instructions on participating in the Confirmation Hearing via Zoom for Government are available on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that a copy of the motions and other pleadings filed in this chapter 11 case may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/svbfg/Home-DocketInfo. You may also obtain copies of the motions and other pleadings filed in this chapter 11 case by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 19, 2024  /s/ *James L. Bromley*
      New York, New York

James L. Bromley
Andrew G. Dietderich
Christian P. Jensen
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
        dietdericha@sullcrom.com
        jensenc@sullcrom.com

*Counsel to the Debtor*