# Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SVB FINANCIAL GROUP,

                Reorganized Debtor.[1]

Chapter 11

Case No. 23-10367 (MG)

## ORDER SUSTAINING LIQUIDATING TRUST'S
## FIFTEENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

Upon the fifteenth omnibus claims objection (the "Objection")[2] of SVB Financial Trust (the "Liquidating Trust"), as successor-in-interest to SVB Financial Group (the "Debtor"), for entry of an order (this "Order"), pursuant to sections 502 and 510(b) of the Bankruptcy Code and Bankruptcy Rule 3007, subordinating and reclassifying the Securities Claims identified on **Exhibit 1** attached hereto as Class 7 Section 510(b) Claims under the Plan and disallowing and expunging from the claims register the Indemnification Claims identified on **Exhibit 2** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and the response deadline to the Objection having expired on September 2, 2025; and responses (if any) to the Objection having been withdrawn, resolved or overruled; and this Court finding that proper and adequate notice of the Objection and the relief requested therein has been provided; and this Court having found and determined that the relief sought in the Objection is in the best interests of the Liquidating Trust, its creditors and all other parties-in-interest; and that the legal and factual bases set forth in the

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Objection is **SUSTAINED** as set forth herein.

2. Each Claim identified on **Exhibit 1** attached hereto is subordinated to all other creditor claims and reclassified as a Class 7 Section 510(b) Claim under the Plan.

3. Each Claim identified on **Exhibit 2** attached hereto is disallowed and expunged from the claims register in its entirety.

4. The Clerk of the Court and the claims and noticing agent in the above-captioned case are directed to reflect the (i) reclassification of the Claims listed on **Exhibit 1** and (ii) disallowance of the Claims listed on **Exhibit 2** in their respective records.

5. To the extent a response is filed regarding any Claim, each such Claim, and the Objection as it pertains to such Claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Claim.

6. The Liquidating Trust has provided a notice to the claimants listed on **Exhibit 1** and **Exhibit 2** that complies with the notice and service procedures set forth in the Omnibus Claims Objections Procedures Order [D.I. 713] and the Bankruptcy Rules.

7. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any claim against the Liquidating Trust; (b) a waiver of the Liquidating Trust's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) an approval or assumption of any agreement, contract or

2

lease under section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trust's rights under the Bankruptcy Code or any other applicable law.

8. The Liquidating Trust is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. The requirements set forth in Bankruptcy Rule 6004(a) are satisfied.

10. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

11. The requirements set forth in Bankruptcy Rules 6006 and 9014 are satisfied.

12. This Court shall retain exclusive jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Objection or the implementation of this Order.

Dated: _____
       New York, New York

                                          _____
                                          The Honorable Martin Glenn
                                          Chief United States Bankruptcy Judge

SVB Financial Group Case No. 23-10367
Securities Claims - Subordination and Reclassification Under Section 510(b)
Exhibit 1

| | Claimant Name | Date Filed | Case No. / Debtor | Claim # | Claim Amount | Classification of Claim as Filed | Modified Classification Status |
|---|---|---|---|---|---|---|---|
| 1 | Asbestos Workers Philadelphia Welfare and Pension Fund<br>c/o Bernstein Litowitz Berger & Grossman LLP<br>Attn: Salvatore Graziano<br>1251 Avenue of the Americas, New York, NY 10020<br><br>Reason: This claim arises from the purchase or sale of a security of the Debtor or its affiliate. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1163 | Unliquidated | Other General Unsecured Claim (Class 3(b)) | Section 510(b) Claim (Class 7) |
| 2 | City of Hialeah Employees' Retirement System<br>c/o Bernstein Litowitz Berger & Grossman LLP<br>Attn: Salvatore Graziano<br>1251 Avenue of the Americas, New York, NY 10020<br><br>Reason: This claim arises from the purchase or sale of a security of the Debtor or its affiliate. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1254 | Unliquidated | Other General Unsecured Claim (Class 3(b)) | Section 510(b) Claim (Class 7) |
| 3 | Heat & Frost Insulators Local 12 Annuity Fund<br>c/o Bernstein Litowitz Berger & Grossman LLP<br>Attn: Salvatore Graziano<br>1251 Avenue of the Americas, New York, NY 10020<br><br>Reason: This claim arises from the purchase or sale of a security of the Debtor or its affiliate. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1164 | Unliquidated | Other General Unsecured Claim (Class 3(b)) | Section 510(b) Claim (Class 7) |
| 4 | Heat & Frost Insulators Local 12 Pension Fund<br>c/o Bernstein Litowitz Berger & Grossman LLP<br>Attn: Salvatore Graziano<br>1251 Avenue of the Americas, New York, NY 10020<br><br>Reason: This claim arises from the purchase or sale of a security of the Debtor or its affiliate. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1189 | Unliquidated | Other General Unsecured Claim (Class 3(b)) | Section 510(b) Claim (Class 7) |
| 5 | Norges Bank<br>c/o Bernstein Litowitz Berger & Grossman LLP<br>Attn: Salvatore Graziano<br>1251 Avenue of the Americas, New York, NY 10020<br><br>Reason: This claim arises from the purchase or sale of a security of the Debtor or its affiliate. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1156 | Unliquidated | Other General Unsecured Claim (Class 3(b)) | Section 510(b) Claim (Class 7) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Sjunde AP-Fonden<br>c/o Kessler Topaz Meltzer & Check<br>Attn: Sharan Nirmul<br>280 King of Prussia Road, Radnor, PA 19087<br><br>Reason: This claim arises from the purchase or sale of a security of the Debtor or its affiliate. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1260 | Unliquidated | Other General Unsecured Claim (Class 3(b)) | Section 510(b) Claim (Class 7) |

SVB Financial Group Case No. 23-10367

Indemnification Claims - Disallowance Under Section 502(e)(1)(B)

Exhibit 2

| | Claimant Name | Date Filed | Case No. / Debtor | Claim # | Claim Amount |
|---|---|---|---|---|---|
| 1 | BofA Securities, Inc.<br>c/o Shearman & Sterling LLP<br>Attn: Daniel Lewis<br>599 Lexington Avenue, New York, NY 10022<br><br>Reason: This is a contingent claim for reimbursement, contribution, or indemnification arising in connection with underwriting certain of the Debtor's securities offerings, for which the Debtor is alleged to be co-liable with the claimant. | 8/10/2023 | 23-10367<br>SVB Financial Group | 1029 | Unliquidated |
| 2 | Goldman Sachs & Co. LLC<br>c/o Shearman & Sterling LLP,<br>Attn: Daniel Lewis<br>599 Lexington Avenue, New York, NY 10022<br><br>Reason: This is a contingent claim for reimbursement, contribution, or indemnification arising in connection with underwriting certain of the Debtor's securities offerings, for which the Debtor is alleged to be co-liable with the claimant. | 8/10/2023 | 23-10367<br>SVB Financial Group | 1032 | Unliquidated |
| 3 | The Bank of New York Mellon Trust Company, N.A.<br>c/o Cleary Gottlieb Steen & Hamilton LLP<br>Attn: Thomas S. Kessler<br>One Liberty Plaza, New York, NY 10006<br><br>Reason: This is a contingent claim for reimbursement, contribution, or indemnification of losses related to the Global Custody Agreement between claimant and the Debtor, for which the Debtor is alleged to be co-liable with the claimant. | 8/11/2023 | 23-10367<br>SVB Financial Group | 1245 | Unliquidated |